# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
_Central_ DIVISION AT _Lexington_

Case No. 5:07-CV-344-JBC

RICHARD ANDREW PARSONS
8950 OLD RICHMOND ROAD
LEXINGTON, KY 40515
(859) 381-7465

Eastern District of Kentucky
**FILED**

OCT 17 2007

VS

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

ADAM HASSEN
A.H. CORPORATION d/b/a/ WORLD CLASS AUTO
2001 VINCE ROAD
NICHOLASVILLE, KY 40356

    I Richard A. Parsons, would like to file a lawsuit against A.H. Corporation d/b/a/ World Class Auto under the statue KRS 344.030 to KRS 347.040. I believe that because I was unable to conduct an information interview with Ms. Addy Williams on January 31, 2007 at 2:30. That relevant information was not available for the investigator to make an informed decision concerning my complaint., It was impossible for me to call her because I was in the Clark County Detention Center, however I did have my brother in law call Ms. Williams and inform her of the situation.

    I am a male with a disability residing in Madison County, but my mailing address is listed above for any communications. The incidents took place in Jessamine County, Nicholasville, Kentucky. I worked under extremely difficult conditions with the promise of advancement and much better working conditions once we moved into the new building. Not only was I not given the promised position of which I had already been doing I was further humiliated in front of all the other employees by not even given the chose of which desk in the new show room. Being the Senor Sales Person, and my sales volume and time with the company that was very humiliating. This caused me extreme stress and my doctors requested I be allowed to take a leave of absence to deal with my

stresses. Under statue 347.030 Rights of developmentally disabled person (6) Reasonable accommodation, this request would not have caused any "Undue hardship" under the situation.

When I returned to the dealership to pick up my draw check I was informed that I was not entitled to one because I no longer worked there. No reasons were given and the owner would not even take the time to discuss it with me. I am still owed commissions on sales I sold that I have taken up with the Wage and Hour.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

Sincerely,

*[signature]*

RICHARD A. PARSONS

NOTARY: *[signature]*

DATE: October 17, 2007