UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-CV-344-JBC

RICHARD ANDREW PARSONS                                                      PLAINTIFF

VS:                                         **JUDGMENT**

ADAM HASSEN AND A.H. CORPORATION
    d/b/a WORLD CLASS AUTO                                                  DEFENDANTS

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS**:

(1)    Judgment **IS ENTERED** in favor of the defendants, Adam Hassen and A.H. Corporation, d/b/a/ World Class Auto;

(2)    this matter **IS DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket;

(3)    this Judgment is **FINAL AND APPEALABLE**, and no just cause for delay exists; and

(4)    the Court **CERTIFIES** that any appeal would not be taken in good faith.

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Signed on December 7, 2007